Donald C. Allensworth, Plaintiff-Appellant, v. First Galesburg National Bank & Trust Company, Defendant-Appellee.

Gen. No. 11,002.

Second District.

October 9, 1957.

Released for publication October 28, 1957.

Donald C. Allensworth, for appellant; Stuart, Neagle & West, and Barash & Stoerzbach, for appellee. Opinion by JUSTICE CROW. Not to be published in full.